**Electronically Filed
Supreme Court
SCAD-17-0000163
28-MAY-2019
11:16 AM**

SCAD-17-0000163

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

In re: Application for the Reinstatement of

JO-ANN MARIE ADAMS,

Respondent.

ORDER
(By: Recktenwald, C.J., Nakayama, Pollack, and Wilson, JJ.
and Intermediate Court of Appeals Associate Judge Reifurth,
in place of McKenna, J., recused)

Upon consideration of the May 12, 2019 affidavit regarding reinstatement submitted by Respondent Jo-Ann Adams, the report filed on May 15, 2019, the memorandum filed by the Office of Disciplinary Counsel on May 17, 2019, and the record in this matter, it appears Respondent Adams has complied with all relevant requirements upon which her one-year period of suspension from the practice of law is contingent, has paid all required fees, and has complied with the requirements of Rule 2.16 of the Rules of the Supreme Court of the State of Hawai'i (RSCH), though we note Respondent Adams still must complete an audit of her practice within one year from the entry date of this

order and submit to this court proof of a successful completion of that audit within 60 days thereafter, as provided by the March 7, 2018 order of suspension. It further appears the Office of Disciplinary Counsel was served notice of the affidavit, as required by RSCH Rule 2.17, and does not take issue with any facts asserted in Respondent Adams's affidavit. Therefore,

IT IS HEREBY ORDERED that, pursuant to RSCH Rule 2.17(b), Respondent Adams is reinstated to the practice of law in the jurisdiction of the State of Hawaiʻi, effective upon entry of this order, contingent upon her proper registration and payment of required dues to the Hawaiʻi State Bar Association, pursuant to RSCH Rule 17(d).

DATED: Honolulu, Hawaiʻi, May 28, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Lawrence M. Reifurth

